IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID E. SIERRA-LOPEZ,

                    Plaintiff,

     v.

JOSHUA BENDER, LINDSEY ARISMAN
and HEATHER FRANK,

                    Defendants.

ORDER

18-cv-665-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On June 27, 2019, I entered an order explaining to pro se plaintiff David E. Sierra-Lopez that if he did not sign and return a medical authorization form to defendants by July 5, 2019, I would dismiss his case for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. Dkt. #24. On August 12, 2019, defendants filed a motion to dismiss, stating that plaintiff had failed to provide the signed authorization. Dkt. #25. Plaintiff has not responded to defendants' motion. Therefore, I will dismiss this case for plaintiff's failure to prosecute it.

ORDER

IT IS ORDERED that:

1. Defendants' motion to dismiss, dkt. #25, is GRANTED.

2. Plaintiff David E. Sierra-Lopez's claims are DISMISSED WITH PREJUDICE for his failure to prosecute them. The clerk of court is directed to enter judgment for defendants

1

and close this case.

Entered this 3rd day of September, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge