IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID E. SIERRA-LOPEZ,

    Plaintiff,

v.

                                Case No. 18-cv-665-bbc

WIS. GOVERNOR SCOTT WALKER,
SECRETARY OF DOC, DEPUTY
SECRETARY OF DOC, MICHAEL
DITTMANN, KALEN RUCK, LUCAS
WEBER, JOHN DOE RHU MANAGER,
JOHN DOE RHU1
CAPTAIN/LIEUTENANT,
JOHN DOE HEALTH SERVICES
MANAGER, SERGEANT CHATMAN,
JOSHUA BENDER, LINDSEY ARISMAN
and HEATHER FRANK,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/3/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |